**FILED**

JAN 1 4 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERTO FLORES-RAMIREZ, <br><br> Defendant. | Cr. No. 10-3606GT <br><br> ORDER |

On January 13, 2014, the parties filed a joint motion to transfer this case to the Honorable John Houston in order to conserve judicial resources. However, a violation of supervised release is a breach of this Court's trust in the defendant. Hence, this Court does not transfer such cases to other judges. Accordingly,

**IT IS ORDERED** that the Joint Motion to Transfer Case is **DENIED.**

**IT IS SO ORDERED.**

1-14-14
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel